

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00303-CV

Alfonso (AE) **CABALLERO** and Alfonso Edmundo Caballero, III,
Appellants

v.

**GRANDVIEW WILDLIFE RANCH, LLC**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-469
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: July 16, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was originally due April 21, 2025 and was not filed. On April 29, 2025, we ordered appellant to file, by May 29, 2025: (1) their brief; and (2) a written response reasonably explaining their failure to timely file a brief. In our order, we cautioned the appellants that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellants have not filed a brief or otherwise responded to our order. Because appellants have failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM